UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

FILED
Statesville, NC
SEP - 8 2026
Clerk, US District Court
Western District of NC

Timmy Joe Taylor, ) Civil Action No.
0907016
Plaintiff ) 5:26-cv-00153-FDW
) Judge:
VS.
Defendant(s) ) Senior Judge Frank D Whitney
Chris Shew, et al, )

Plaintiff's Motion for Appointment of Counsel
And
Brief in Support

Pursuant to 28 U.S.C § 1915 (e)(1), Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1) Plaintiff cannot afford to hire a lawyer. He has been granted leave to proceed in forma pauperis in this case.

2) Plaintiff's imprisonment will greatly limit his ability to litigate this case. This case will likely involve substantial investigation and discovery.

3) The issues in this case are complex. A lawyer would help plaintiff to apply the

law properly in briefs and befor the Court. Plaintiff has never befor been a party to a civil legal proceeding.

4) A trial in this case will likely involve Conflicting testimony. A lawyer would assist Mr. Taylor in the presentation of evidence and the cross examination of opposing witnesses.

5) Plaintiff Mr. Taylor has made repeated efforts to obtain a lawyer but due to Mr. Taylor either not having a certin amount of money to pay up front, or due to the defendants and that they work for the state whom he filed the civil suite against he has been turned down repeatedly.

WHEREFORE, Plaintiff Taylor requests that the court appoint counsel to represent him in this case.

Respectfully Submitted,

x Timmy J. Taylor

Timmy Joe Taylor
Print Name

# CERTIFICATE OF SERVICE

I hearby Certify that a copy of the foregoing document was mailed/delivered to the following individuals at the addresses listed:

Chris Shew
Sheriff Individual Capacity

C. Johnson
Sheriff Deputy Individual Capacity

Wilkes County Sheriff's office
381 Executive Dr.
Wilkesboro, N.C 28697

x 9-1-2026
Dated

x Timmy Joe Taylor
Signature

x Timmy Joe Taylor
Print Name