FILED
Statesville, NC

OCT 28 2026

Clerk, US District Court
Western District of NC

U.S. District Court
Western District of North Carolina (Statesville)
Civil Docket For Case #: 5:26-cv-00153-FDW

Plaintiff
Timmy Joe Taylor
Pro Se

v.

Defendant(s)
Chris Shew
Sheriff Individual Capacity

Defendant
C. Johnson
Sheriff Deputy Individual Capacity

) Amended and Supplemental Pleadings
) Rule 15 (b) (2)
) 1st Amend. Access the Courts
) 14th Amend. Equal Protection and Due-Process

Plaintiff would ask to move, amend to the pleadings, and to conform evidence and to raise an unpleaded issue to his case. Plaintiff would like to bring into the court Deputy U.S Marshal under his Official and Individual Capacity who upon 9-3-25 who at the Federal Court House in Charlotte, North Carolina upon putting Plaintiff in the system seen that Plaintiff could not see the Federal Judge at his Initial Appearance or be in Federal Custody at that time. Let the Criminal Docket Sheet show in entry 1303 the date of 9-3-25 where Plaintiffs'

Initial Appearance was set and then Cancellation of Initial Appearance took place (Docket #: 5:11-cr-00073-SCR-UMJ-26). Plaintiff was first arrested on 8-25-25 from home on a Federal Detainer as Plaintiff's vilation report #10 states and when Plaintiff got to Federal Custody now there isn't no legal standing to hold Plaintiff? At that time when U.S Marshal seen that there was something wrong he had Plaintiff tooken back to State Custody to the County Jail where Plaintiff was arrested and released back to them where Plaintiff had to post Resisting Public Officer bond to even be picked up by the Marshal Service, and upon getting to Wilkes County Jail U.S Marshals placed Plaintiff under another Detainer just so that Plaintiff could even be held at all. Which violated Plaintiff's 14th and 8th Amendments to equal protection rights Due-Process, and is Illegal Detention by Detainer and False Imprisonment. Plaintiff was held in Detention when U.S Marshal clearly seen that Plaintiff shouldn't of been in Federal Custody or even arrested on the Federal Detainer to start with, and instead of U.S Marshal righting the wrong or fixing the issue and following Federal Commission Guidelines as is

IN §23:22. Warrantless Arrests - Statutes, (5) An arrest without proper authorization is usually invalid. (18) Method of acquiring custody, the arrested person must be taken immediately befor a court or more formal revocation proceedines must be initiated without undue delay. (19) Failure to follow the applicable time limits may result in an immediate release from custody. Or-

§2.46 Execution of warrant and Service of Summons 28 C.F.R §2.46 (a) Any officer of any Federal Correctional Institution or any Federal Officer authorized to serve Criminal process within the U.S, to whom a warrant by taking the parolee and returning him to the Coustody of the Attorney General. (B) On arrest of the parolee the officer executing the warrant shall deliver to him a copy of the warrant Application listing the Charges against the parolee the officer executing the warrant shall deliver to him a copy of the warrant application listing the Charges against the parolee, the application procedural rights under the Commission's regulations and the possible actions which may be taken by the Commission. (C) If execution of the warrant is delayed pending disposition of local Charges, for further investigation, or for some

other purpose, the parolee is to be continued under supervision by the probation officer until the normal expiration of the sentence, or until the warrant is executed, whichever first occurs.

Instead Plaintiff was taken without execution of warrant into Federal Custody, then removed without execution of warrant, held in State custody under the 2nd Detainer, without a bond or active charge in State custody for 92 days until (8-25-25 to 11-24-25) without Initial Appearance, and with the time not counting to State due to no active charges, or to federal time due to being in State custody with a Detainer holding Plaintiff. And - Title 28, Code of Federal Regulations Section was clearly not followed, or was Federal Regulations - Commissioner Guidelines in 8 C.F.R § 241.4(c)(1)(h); "of this section and any further custody determination concluded the expiration of the 90-day removal period, The Initial Custody Determination".

Plaintiffs warrant wasn't executed in Docket sheet (5:11-cr-00073-SCR-UMJ-26) until 11-24-25, but Plaintiff was arrested at home and detained on a Federal Detainer on 8-25-25. Even Plaintiffs Violation Report States Deputy C.

Johnson attempted to serve warrant, meaning Deputy didn't have one, Came to Plaintiffs home violated his rights doing so, used force on Plaintiff with no legal standing, was not and didn't have Legal Authority to do so, arrested Plaintiff in a Constitutionally Protected space, with out "Knock and Announce", using of force during arrest to Constitute violation of Constitutional rights (F.C.R.A of 1871 (42 U.S.C.A §1983) and unlawfully seizing Plaintiff, illegally charging plaintiff with Criminal charges due to his actions, Arraignment procedures after apprehension not followed; non-compliance with federal regulations, False Arrest, no execution of Arrest warrant, warrant not timely executed, Illegal Detention, The right to inviolability of the Home, the right to a Neutral Judicial Determination of Probable Cause, The Detainer Defect; The Right to Freedom from a warrantless arrests; The Detainer Default; Due-Process Warrants; False Imprisonment; Commissioner Guidelines not followed; Nor Revocation Proceeding Rights.

But due to Marshal Knowing things was wrong and illegal in Plaintiffs case and then Continuing to cause pain and suffering to Plaintiff after the Cause of Knowing and

violating Plaintiff Rights and 14th and 8th Amend. Plaintiff would ask the Court for "Punitive Damages awarded of $350,000 which Plaintiff feels isn't excessive due to everything that took place that could of ended once it was palced in the hands of the U.S Marshals but instead after even seeing things where wrong and that plaintiff couldn't or shouldn't be held in federal custody they seeked other ways to detain and put Plaintiff through pain and suffering and False Imprisonment, while plaintiff had already been Illegally Detained and Criminally Charged due to a Detainer being issued after his warrant was and Plaintiffs rights been violated due to a State Deputy acting under "Color of Law" to subject Plaintiff to punishment in this case.

Timmy Taylor      Oct 10th 2026

Certificate of Service

I do certify the Rule 15 to the court is done by Plaintiff to the best of his knowledge and is the truth.

Timmy Joe Taylor

Oct 10th 2026