United States District Court
Western District of North Carolina (Statesville)
Case No. 5:26-cv-153-FDW

FILED
Statesville, NC
NOV - 9 2026
Clerk, US District Court
Western District of NC

Timmy Joe Taylor
Plaintiff
-Vs-
Sheriff Chris Shew
Sheriff Deputy C. Johnson,
Defendants

Plaintiff wants to inform the Court that he submitted with the Cleark of U.S District Court paper work recived by Medical Provider at Roanoke River Correctional Institution due to injurys he recived that has to due with this Case. Of when Deputy C. Johnson (Defendant) used force at Plaintiffs home when Plaintiff was forced over porch banister while at home due to a warrentless arrest on a Federal Detainer when less then a month befor being Pit-Munuvered on his 1100 V-Star Motorcycle that resulted with Plaintiff to have a broken back, and foot with rupured testecles. When Plaintiff went Over and fell 4-foot landing on his back as Deputy jumped over/landing

ontop of Plaintiff that caused Plaintiffs back to be injured even more and causing a hernia.

Plaintiff seen medical Provider at the prison last week where he placed Plaintiff in more Physical therapy which has been ongoing now for almost a year. Medical Provider placed Plaintiff in "Spine Conditioning Program" through "American Academy Of Orthopaedic Surgeons", where Plaintiff has to do exercises 2 to 3 days a week, and scheduled more X-rays, and ultra sounds of my back, and scheduled him to see a Neurologist, and for Neurology treatment for the Nerve damage that is causing pain to shoot (extream pain) from his lower back into his neck, and from his lower back down both legs and into his toes. The Medical Provider also put Plaintiff in for "Immediate Surgery" due to the hernia where it will no longer push back into Plaintiff.

The prison due to Plaintiff being in custody will not tell him dates, or times, only that it is soon, and the hernia is put in as immediate.

Plaintiffs back injurys has caused major restrictions to be placed on Plaintiff in activives

and with work, and the extent of the damages is still unknown and that Plaintiff may have to have back surgery at some point as well.

Plaintiff would also like to ask the court to please consider to aprove the Motion Plaintiff submitted for a Court apointted attorney to help him prepair his Case due to Plaintiffs lack of Knowage and ability to prepair the case with out help and the restriction of being in Custody. Plaintiff Knows he was done and treated wrongly and was seriously injured due to Defendant(s) actions and would hate to lose or be denied damages due to his ability and Knowage to do it Correctly.

Respectfully Submitted

10-2-26
Date

By: Timmy Joe Taylor

# Certificate Of Service
Case No: 5:26-cv-153-FDW

I declare under penalty of perjury that the foregoing is true and correct.

10-2-26
Date

Respectfully Submitted,
By Timmy Joe Taylor

Defendant(s)

Sheriff Chris Shew,
Deputy Sheriff C. Johnson

Wilkes County Sheriff's Office
381 Executive Dr.
Wilkesboro, N.C 28697