Timmy Joe Taylor
0907016
Roanoke River Correctional Institution
Box 137
Tillery, N.C 27887

RALEIGH NC 275
Research Triangle Region
6 NOV 2026 AM 4 L

1776 ★ 2026
USA FOREVER

RECEIVED
Statesville, NC

NOV - 9 2026

Clerk, US District Court
Western District of NC

U.S District Court
Office of the Clerk
200 West Broad Street, Room 304
Statesville, N.C 28677

Mailed From
Roanoke River Corr. Inst.

28677-525800